# United States District Court

### District of Utah

UNITED STATES OF AMERICA,

       Plaintiff

  v.

GARY MARK HILL,

       Defendant.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 2:18-cr-00254

IT IS ORDERED AND ADJUDGED

Defendant's Motion to Dismiss is GRANTED without prejudice based on Speedy Trial Act Violations. Accordingly, the indictment is hereby dismissed.

December 17, 2018
_____
*Date*

BY THE COURT:

/s/ Dale A. Kimball
_____